CARY v. CARY. (No. 7437.)

(Supreme Court, Appellate Division, First Department. May 28, 1915.)

DIVORCE ⊂⊃246—ALIMONY—REMARRIAGE OF DIVORCED WIFE—EFFECT.

 A former husband was entitled to an annulment of the provision for alimony from the date of his application to annul on the ground of his divorced wife's remarriage.

 [Ed. Note.—For other cases, see Divorce, Cent. Dig. § 696; Dec. Dig. ⊂⊃246.]

Appeal from Special Term, New York County.

Action by Minnie A. Cary against Arthur L. Cary. From an order denying motion for judgment for unpaid alimony, and granting defendant's motion annulling provision for alimony in decree from time of plaintiff's remarriage, plaintiff appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Alfred M. Schaffer, of New York City, for appellant.
Thomas Moore Simonton, of New York City, for respondent.

PER CURIAM. Order appealed from modified, by directing the entry of a judgment for $2,047.50, unpaid alimony up to December 23, 1913, when the application to annul the provisions for alimony by reason of the plaintiff's remarriage was made, and annulling the provisions for alimony after said date of December 23, 1913, without costs. See Mowbray v. Mowbray, 136 App. Div. 513, 121 N. Y. Supp. 45; Krauss v. Krauss, 127 App. Div. 740, 111 N. Y. Supp. 788.